Home Lumber & Supply Company et al., appellants, v. Guy Gaston et al., appellees.

Union Loan & Savings Association of Freeport, Illinois, appellee, v. John D. Sarantopulos et al., appellants.  Gen. No. 8,286.

Opinion filed August 29, 1931.

Fred H. Smith and Lisle W. Menzimer, for appellants; Lisle W. Menzimer, of counsel.  David D. Madden and Eckert & Eckert, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

Kitty Brawn, appellee, v. F. E. Jones, trading as The Jones Transfer Company, appellant.  Gen. No. 8,292.

Opinion filed August 29, 1931.

Large & Reno and W. J. Berry, for appellant.  Frank E. Maynard, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

City Trust & Savings Bank, appellee, v. Julia Comstock, appellant. Gen. No. 8,293.

Opinion filed August 29, 1931.

Hunter & Minor, for appellant.  H. H. Wheeler and A. L. and C. M. Granger, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Reuben H. Stripe, appellee, v. City of Waukegan et al. City of Waukegan, appellant.  Gen. No. 8,299.

Opinion filed August 29, 1931.

Arthur Bulkley, Corporation Counsel, and Mathias Concannon, for appellant.  E. V. Orvis, for appellee; Daniel S. Wentworth, Henry O. Nickel and J. B. Mikesell, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.